UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON EWING,<br><br>                               Plaintiff,<br><br>v.<br><br>KYLE READDICK, DANIEL KLEIN, and SYNERGY DIRECT SOLUTION, LLC,<br><br>                              Defendants. | Case No.: 18-cv-0429-WQH-JMA<br><br>**ORDER** |

HAYES, Judge:

      On March 30, 2018, Defendant Daniel Klein filed a Motion to Dismiss (ECF No. 12) with a May 7, 2018 hearing date. On April 13, 2018, Klein filed a Motion for Misjoinder (ECF No. 13) and a Motion for Sanctions (ECF No. 14), both with May 21, 2018 hearing dates. On April 30, 2018, Plaintiff Anton Ewing filed a Motion to Continue the hearing dates for the Motion for Misjoinder and the Motion for Sanctions. (ECF No. 19). Ewing contends that the Motion for Misjoinder and the Motion for Sanctions "ask the Court to rule yet again on the same exact issue as his Rule 12(b)(6) motion." *Id.* at 3. On May 1, 2018, Klein filed an Opposition to the Motion to Continue. (ECF No. 20). Klein contends that the Motion to Dismiss, Motion for Misjoinder, and Motion for Sanctions "are not duplicative." *Id.* at 1.

1

The Motion to Dismiss, Motion for Misjoinder, and Motion for Sanctions present different issues. The Motion to Dismiss asks the Court to decide whether Ewing's Complaint sufficiently states a claim. (ECF No. 12). The Motion for Joinder asks the Court to decide whether the Complaint properly joins its claims against Klein with its claims against the other defendants. (ECF No. 13). The Motion for Sanctions asks the Court to decide whether Ewing should be sanctioned for filing the Complaint because it is "legally frivolous and factually misleading." (ECF No. 14 at 1). Accordingly, Ewing's Motion to Continue (ECF No. 19) is DENIED.

Dated: May 2, 2018

Hon. William Q. Hayes
United States District Court